IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00113-MSK-BNB | Date: | March 7, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| WOLF ROBOTICS, LLC.<br>**Plaintiff(s)** | *Gordon Michael Hadfield* |
| v. | |
| BLUE WOLF ENTERPRISES, INC.<br>**Defendant(s)** | *Gregg E. Kay* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  10:00 a.m.

Appearance of counsel.

Discussion presented on Defendant's Motion to compel Plaintiff to Respond to Defendant's First Set of Discovery Requests Pursuant to Fed. R. Civ. P. 37(a)(3)(B) [31] filed on February 18, 2014.

For reasons stated on the record, it is

**ORDERED:** Defendant's Motion to compel Plaintiff to Respond to Defendant's First Set of Discovery Requests Pursuant to Fed. R. Civ. P. 37(a)(3)(B) [31] is **DENIED.**

Court in Recess:  10:11 a.m.   Hearing concluded.   Total time in Court:  00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119