IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00113-MSK-BNB

WOLF ROBOTICS, LLC, a Delaware limited liability company,

Plaintiff,

v.

BLUE WOLF ENTERPRISES, INC., an Idaho corporation,

Defendant.

_____

## ORDER
_____

Before me is **Defendant's Motion to Compel** [Doc. # 31, filed 2/18/2014]. I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 31] is DENIED.

Dated March 7, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge