IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00113-MSK-BNB

WOLF ROBOTICS, LLC, a Delaware limited liability company,

Plaintiff,

v.

BLUE WOLF ENTERPRISES, INC., an Idaho corporation,

Defendant.

---

## ORDER

---

This matter arises on **Plaintiff's Motion to Modify Scheduling Order to Reopen Discovery** [Doc. # 47, filed 5/14/2014] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 47] is DENIED.

Dated June 18, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge